174 So.2d 134

**Mrs. Miriam PRIMO, wife of/and Archie McCONNELL and James H. Clayton**

v.

**TRAVELERS INDEMNITY COMPANY and The Employers Casualty Company of Dallas.**

No. 47716.

May 5, 1965.

In re: Mrs. Miriam Primo, wife of/and Archie McConnell and James H. Clayton, applying for certiorari, or writ of review.

to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 172 So.2d 341.

Granted as to the demands against Employers Casualty Company, the insurer of Montaldo. In all other respects the application is denied.